UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Merlin Lkent Williams,

        Plaintiff

v.

State of Mississippi, et al.,

        Defendants

Case No. 2:23-cv-00054-CDS-BNW

**Order Dismissing Case**

[ECF Nos. 11, 17]

On April 17, 2023, Magistrate Judge Brenda Weksler dismissed pro se plaintiff Merlin Lkent Williams's complaint without prejudice and with leave to amend. ECF No. 16. The deadline for Williams to file an amended complaint was May 17, 2023. *Id.* To date, he has not done so. However, on May 30, 2023, he filed a "motion to proceed pursuant to 28 U.S.C. § 1915(g)," along with a 45-page brief in support. ECF Nos. 17, 18. Although I must construe pro se pleadings liberally, even doing so here, I decline to find that Williams's filings constitute an amended complaint. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)) ("A document filed *pro se* is 'to be liberally construed.'"). Even if I did, Williams filed it past the deadline without good cause for the delay. In her order dismissing Williams's complaint, Judge Weksler indicated that Williams's case would be dismissed if he did not file an amended complaint by the deadline. ECF No. 16. He was therefore on notice that his case would be dismissed. Because there is no operative complaint in this matter and no claims remain, I sua sponte dismiss this case and direct the Clerk of Court to close it.

DATED: June 22, 2023

                                                                     _____
                                                                     Cristina D. Silva
                                                                     United States District Judge